# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

United States of America,

           Plaintiff,

v.

Vladimir Vladimirovic Brik (3),
Steven Jay Lyke (4), and
Daniel Lee Lyke (5),

           Defendants.

Crim. No. 15-78 (SRN/BRT)

**ORDER**

---

Surya Saxena, Esq., United States Attorney's Office, counsel for Plaintiff.

Milana P. Tolins, Esq., Milana P. Tolins, LLC, counsel for Defendant Brik.

Glenn P. Bruder, Esq., Mitchell Bruder & Johnson, counsel for Defendant Steven Lyke.

Gary R. Wolf, Esq., Wolf Law Office, counsel for Defendant Daniel Lyke.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated January 19, 2016. No objections have been filed to that Report and Recommendation as to the above-named Defendants in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

1. Defendants Steven Lyke, Vladimir Brik, and Daniel Lyke's pretrial motions to dismiss Count 1 of the superseding indictment on vagueness grounds (Doc. Nos. 130, 148, 150) are **DENIED**.

Date: February 4, 2016

    s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge