UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States,<br><br>Plaintiff,<br><br>v.<br><br>Vladimir Vladimirovic Brik,<br><br>Defendant. | Case No. 15-CR-0078(03) (SRN/BRT)<br><br><br>**ORDER** |

Craig R. Baune, Jordan L. Sing, and Katharine T. Buzicky, Office of the United States Attorney, 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for Plaintiff.

Vladimir Vladimirovic Brik, 2107 East 5th Street, Superior, WI 54880, Pro Se.

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court on Defendant Vladimir Vladimirovic Brik's Request to Proceed In Forma Pauperis [Doc. No. 817]. U.S. Magistrate Judge Becky R. Thorson previously determined that Brik was financially unable to obtain an adequate defense in this criminal action [*see* Doc. No. 13], so he can proceed *in forma pauperis* ("IFP") on appeal with no further authorization of the Court required. *See* Fed. R. App. P. 24(a)(3). Nevertheless, to make clear that Brik may proceed IFP on appeal, the Request to Proceed In Forma Pauperis will be granted.

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Vladimir Vladimirovic Brik's Request to Proceed *In Forma Pauperis* [Doc. No. 817] is **GRANTED**.

2

Dated: February 21, 2024                         s/Susan Richard Nelson
                                                 SUSAN RICHARD NELSON
                                                 United States District Judge